EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Integración de Salas de Verano | 2014 TSPR 81 191 DPR ____ |
| --- | --- |

Número del Caso: ES-2014-2

Fecha: 27 de junio de 2014

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| INTEGRACIÓN DE SALAS DE VERANO | ES-2014-02 |

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 27 de junio de 2014.

De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se constituyen las siguientes Salas de Verano para funcionar durante el receso:

Del 1 de julio al 31 de julio de 2014.

Hon. Anabelle Rodríguez Rodríguez, Presidenta
Hon. Mildred G. Pabón Charneco
Hon. Edgardo Rivera García

Del 1 de agosto al 31 de agosto de 2014.

Hon. Liana Fiol Matta, Presidenta
Hon. Roberto Feliberti Cintrón
Hon. Maite Oronoz Rodríguez

Del 1 de septiembre al 30 de septiembre de 2014

Hon. Rafael L. Martínez Torres, Presidente
Hon. Erick V. Kolthoff Caraballo
Hon. Luis F. Estrella Martínez

En caso que sea necesario sustituir a algún juez que no pueda intervenir en algún asunto se seguirá el procedimiento establecido en la Regla 4(d) del Reglamento del Tribunal Supremo.

El Tribunal continuará emitiendo y certificando Opiniones y Sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal.


                          Aida I. Oquendo Graulau
                       Secretaria del Tribunal Supremo